*In re* REGLAMENTO DE LA COMISIÓN DE REPUTACIÓN PARA EL EJERCICIO DE LA ABOGACÍA.

*Número:* ER-98-7        *Resuelto:* 30 de junio de 1998

## RESOLUCIÓN

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la profesión de la abogacía y establecer los requisitos para dicha admisión; de la autoridad conferida por la Ley Núm. 17 de 10 de junio de 1939, según enmendada, 4 L.P.R.A. secs. 721–726, y bajo la Regla 12(c) del Reglamento del Tribunal Supremo, 4 L.P.R.A. Ap. XXI-A, se aprueba el Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, el cual se une a esta resolución. Entrará en vigor el 1ro de julio de 1998.

Por lo tanto, queda derogado el Reglamento de la Comisión de Aspirantes al Ejercicio de la Abogacía de 21 de abril de 1983, excepto en lo que se dispone en las Reglas de Transición expuestas en la Regla 7 del nuevo reglamento.

*Se ordena la publicación de la presente resolución.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Fuster Berlingeri no intervino.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*